■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS CANO, Appellant. [862 NYS2d 803]—Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered January 29, 2007, convicting him of attempted use of a child in a sexual performance, attempted promoting a sexual performance by a child, attempted criminal sexual act in the third degree, and endangering the welfare of a child (two counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see* Penal Law §§ 110.00, 263.05, 263.15, 130.40 [2]; § 260.10 [1]; *People v Mahboubian,* 74 NY2d 174 [1989]; *People v Bracey,* 41 NY2d 296 [1977]). Moreover, upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]). Mastro, J.P., Dillon, Eng and Belen, JJ., concur.